Case 3:23-cv-00302   Document 11   Filed on 06/21/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 21, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| GARY DEBACCO II, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | 3:23-cv-302 |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | | |
| Defendant. | | |

## **ORDER**

The parties have advised the court that they have reached a settlement. Dkt. 10. Accordingly, the court orders that all claims against the defendant in the above-styled case are dismissed with prejudice to refiling, unless a party represents in a writing filed with the court on or before Friday, August 23, 2024, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before Friday, August 23, 2024.

Signed on Galveston Island this 21st day of June, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE